CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TRAVIS JACKSON MARRON, | ) |
| Plaintiff, | ) Civil Action No. 7:06CV00695 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| MRS. K. BASSETT, et al., | ) By Hon. Glen E. Conrad |
| Defendants. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1);

2. The plaintiff's motion to proceed in forma pauperis and the plaintiff's motion for appointment of counsel shall be and hereby are **DENIED** as moot; and

3. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 30th day of November, 2006.

/s/ Glen E. Conrad
United States District Judge